This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

## Rosemary Merejka, Danita Henderson v. Jacob Phillips, Payne Electric Co., Inc.

| Case Number | 10D06-2201-CT-000002 |
|---|---|
| Court | Clark Superior Court 6 |
| Type | CT - Civil Tort |
| Filed | 01/11/2022 |
| Status | 01/11/2022 , Pending  (active) |

## Parties to the Case

Defendant   Phillips, Jacob

Address
1693 Zaring Mill Road
Shelbyville, KY 40065

Attorney
Edward Michael O'Brien
*#3209239, Retained*

100 Mallard Creek DRd.
Ste. 250
Louisville, KY 40207
(502) 238-7851(W)

Defendant   Payne Electric Co., Inc.

Address
Bernard L. Kissel
5802 Fern Valley Road
Louisville, KY 40228

Attorney
Edward Michael O'Brien
*#3209239, Retained*

100 Mallard Creek DRd.
Ste. 250
Louisville, KY 40207
(502) 238-7851(W)

Plaintiff      Merejka, Rosemary

Attorney
John Lewis Smith
*#2692131, Retained*

Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
812-850-6850(W)

Plaintiff      Henderson, Danita

<u>Attorney</u>
John Lewis Smith
*#2692131, Retained*

Morgan & Morgan
426 Bank Street, Suite 300
New Albany, IN 47150
812-850-6850(W)

## Chronological Case Summary

| 01/11/2022 | **Case Opened as a New Filing** | |
|---|---|---|

| 01/11/2022 | **Complaint/Equivalent Pleading Filed** | |
|---|---|---|
| | Complaint | |
| | Filed By: | Merejka, Rosemary |
| | Filed By: | Henderson, Danita |
| | File Stamp: | 01/11/2022 |

| 01/11/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance -John L. Smith | |
| | For Party: | Merejka, Rosemary |
| | For Party: | Henderson, Danita |
| | File Stamp: | 01/11/2022 |

| 01/11/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons -Jacob Phillips | |
| | Filed By: | Merejka, Rosemary |
| | Filed By: | Henderson, Danita |
| | File Stamp: | 01/11/2022 |

| 01/11/2022 | **Subpoena/Summons Filed** | |
|---|---|---|
| | Summons -Payne Electric Co, Inc | |
| | Filed By: | Merejka, Rosemary |
| | Filed By: | Henderson, Danita |
| | File Stamp: | 01/11/2022 |

| 02/04/2022 | **Appearance Filed** | |
|---|---|---|
| | Appearance of Counsel by Edward O'Brien | |
| | For Party: | Phillips, Jacob |
| | For Party: | Payne Electric Co., Inc. |
| | File Stamp: | 02/04/2022 |

| 02/04/2022 | **Answer to a Complaint Filed** | |
|---|---|---|
| | Answer of Defendant Jacob Phillips | |
| | Filed By: | Phillips, Jacob |
| | File Stamp: | 02/04/2022 |

| 02/04/2022 | **Answer to a Complaint Filed** | |
|---|---|---|
| | Answer of Payne Electric Co. | |
| | Filed By: | Payne Electric Co., Inc. |
| | File Stamp: | 02/04/2022 |

| 02/08/2022 | **Notice Filed** |
| | Notice of Service |

| | Filed By: | Merejka, Rosemary |
| | Filed By: | Henderson, Danita |
| | File Stamp: | 02/08/2022 |

| 02/11/2022 | **Response Filed** |
| | Response of Non Party for production of video footage |

| | File Stamp: | 02/11/2022 |

| 02/16/2022 | **Notice Filed** |
| | Notice of Service |

| | Filed By: | Merejka, Rosemary |
| | Filed By: | Henderson, Danita |
| | File Stamp: | 02/16/2022 |

## Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

**Merejka, Rosemary**

Plaintiff

**Balance Due** (as of 03/14/2022)

0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 157.00 | 0.00 | 157.00 |

### Transaction Summary

| Date | Description | Amount |
|---|---|---|
| 01/11/2022 | Transaction Assessment | 157.00 |
| 01/11/2022 | Electronic Payment | (157.00) |

| This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record. |
|---|

# IN THE CLARK CIRCUIT COURT NO. __
# STATE OF INDIANA

ROSEMARY MEREJKA

and

DANITA HENDERSON
　　　Plaintiffs

v.                                                    CASE NO. _____

JACOB PHILLIPS

and

PAYNE ELECTRIC CO., INC.
　　　Defendants

## COMPLAINT

Plaintiffs, Rosemary Merejka and Danita Henderson, by counsel, and for their cause of action against the Defendants Jacob Phillips and Payne Electric Co., Inc., state as follows:

1.　　At all relevant times, Plaintiff Rosemary Merejka was a resident of Clark County, State of Indiana.

2.　　At all relevant times, Plaintiff Danita Henderson was resident of Columbus, State of Ohio.

3.　　At all relevant times, Defendant Jacob Phillips was a resident of Shelbyville, Commonwealth of Kentucky.

4.　　The events described in this Complaint occurred in Clark County, Indiana and this Court has proper venue in this action.

5.　　At all relevant times, the Defendant, Payne Electric Co., Inc., Inc. was a

Kentucky Corporation authorized to do business and is doing business in the State of Indiana and employed Defendant Jacob Phillips.

## COUNT I

6.      On or about December 8, 2021, Rosemary Merejka was operating her motor vehicle on Plank Road in Clark County, Indiana, when Defendant Jacob Phillips negligently and carelessly operated his motor vehicle when he disregarded the traffic control device striking Plaintiffs' vehicle. Plaintiff Danita Henderson was a passenger is Rosemary Merejka's vehicle.

7.      As a direct and proximate result of the negligence of Defendant, Plaintiffs sustained serious bodily injury.

8.      As a direct and proximate result of the bodily injury sustained, Plaintiffs have incurred and will continue to incur medical bills and expenses, and have experienced and will continue to experience physical and mental pain, suffering, inconvenience, and lost wages. Plaintiff Rosemary Merejka is also seeking damages for the value of her 2011 Chrysler that was totaled as a result of this crash, along with associates towing, storage, rental and loss of use costs.

## COUNT II

9.      On or about the aforementioned dated, the Defendant, Payne Electric Co., Inc., was the owner of the vehicle driven by Defendant Jacob Phillips that was involved in the subject collision.

10.      At all times relevant, Defendant Jacob Phillips was employed by, and acting within the scope of his employment as an employee for Defendant Payne Electric Co., Inc., or one of its agents, subsidiaries, distributorships, or owned businesses or

companies, or corporations, and thereby causing the aforementioned Defendant Payne Electric Co., Inc. to be either directly or vicariously liable for the injuries caused to Plaintiffs.

11.     As a direct and proximate result of the acts and conduct of Defendant, Payne Electric Co., Inc., the Plaintiffs sustained severe and permanent bodily injury; have incurred and will continue to incur medical bills and expenses; and have suffered and will continue to suffer physical pain and inconvenience; all damages in excess of the minimal amount necessary to confer jurisdiction upon this Court.

12.     The negligence of Defendant Payne Electric Co., Inc., or one of its employees acting within the scope of their employment, agents, subsidiaries, owned business, companies or corporations in their driving operations and/or their acts and/or omissions being otherwise negligent are the direct and proximate cause of all damages suffered by Plaintiffs, or are substantial cause in causing the same.

**WHEREFORE**, Plaintiffs, Rosemary Merejka and Danita Henderson, demand relief against Defendants Jacob Phillips and Payne Electric Co., Inc. as follows:

1.     Judgment against the Defendants for compensatory damages in an amount in excess of the amount necessary to invoke the jurisdiction of this court and reasonably calculated to compensate Plaintiffs for their damages, to include the following:

   a.     Past and future medical expenses;

   b.     Past and future physical and mental pain and suffering, to include inconvenience;

   c.     Lost Wages.

    d.     Damages to Rosemary Merejka's vehicle with associated towing, rental, loss of use costs and storage fees;

2.    Costs herein expended;

3.    **Trial by jury**;

4.    Any and all interest to which the Plaintiffs may be adjudicated to be entitled to from the date of filing this action; until paid; and

5.    Any and all other appropriate relief to which the Plaintiffs may appear to be justly entitled.

Respectfully submitted,

*/s/ John L. Smith*

_____

John L. Smith       #26921-31
Morgan & Morgan
426 Bank Street Suite 300
New Albany, IN  47150
812.850.6850 (t)
812.941.4026 (f)
*Counsel for Plaintiff*

Comes now Plaintiffs, Rosemary Merejka and Danita Henderson, and demands a trial by jury on all issues so triable.

*/s/ John L. Smith*

_____

John L. Smith       #26921-31

## IN THE CLARK CIRCUIT COURT NO. __
## STATE OF INDIANA

ROSEMARY MEREJKA

and

DANITA HENDERSON
    Plaintiffs

CASE NO. _____

JACOB PHILLIPS

and

PAYNE ELECTRIC CO., INC.
    Defendants

APPEARANCE BY ATTORNEY IN CIVIL CASE

**This Appearance Form must be filed on behalf of every party in a civil case.**

  1.  The party on whose behalf this form is being filed is:
      Initiating <u>X</u>    Responding _____    Intervening _____; and

      the undersigned attorney and all attorneys listed on this form now appear in this case for the following parties:

      Name of party <u>Rosemary Merejka and Danita Henderson, Plaintiffs</u>

      Address of party *(see Question # 6 below if this case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order)*

      _____

      _____

      Telephone # of party _____

      FAX: _____

      Email Address:_____

*(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: <u>John L. Smith</u>  Atty Number: <u>#26921-31</u>

   Address: <u>Morgan & Morgan, 426 Bank Street Suite 300, New Albany, IN 47150</u>

   Phone: <u>(812) 850-6850</u>

   FAX: <u>(812) 941-4026</u>

   Email Address: <u>johnsmith@forthepeople.com</u>

   *(List on continuation page additional attorneys appearing for above party)*

3. This is a <u>CT</u> case type as defined in administrative Rule 8(B)(3).

4. I will accept service from other parties by:

   FAX at the above noted number:  Yes _____ No <u>X</u>

   Email at the above noted number:  Yes _____ No <u>X</u>

*5.* This case involves child support issues. Yes _____ No <u>X</u>  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6. This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No <u>X</u> *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

   _____   Attorney's address

   _____   The Attorney General Confidentiality program address

                (contact the Attorney General at 1-800-321-1907 or e-mail

address is

                **confidential@atg.in.gov)**.

   _____   Another address (provide)

   _____

7. This case involves a petition for involuntary commitment.  Yes _____ No <u>X</u>

8. If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above:
_____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:
    (i)    Date of Birth _____
    (ii)    Driver's License Number _____

        State where issued _____ Expiration date _____

    (iii)    State ID number _____

        State where issued _____ Expiration date _____

    (iv)    FBI number _____

    (v)    Indiana Department of Corrections Number
        _____

    (vi)    Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No X *(If yes, list on continuation page.)*

10. Additional information required by local rule:

_____

11. There are other party members: Yes _____ No X *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached:
    Yes____ No X

*s/ John L. Smith*
John L. Smith 26921-31
Morgan & Morgan
426 Bank Street Suite 300
New Albany, IN 47150
812-850-6850 (t)
812-941-4026 (f)
johnsmith@forthepeople.com
*Counsel for Plaintiff*

Case 4:22-cv-00032-SEB-KMB   Document 1-1   Filed 03/04/22   Page 12 of 34 PageID #: 17
10D06-2201-CT-000002
Clark Superior Court 6

Filed: 1/17/2022 10:38 AM
Clerk
Clark County, Indiana

## IN THE CLARK CIRCUIT COURT NO. __
## STATE OF INDIANA

ROSEMARY MEREJKA

and

DANITA HENDERSON
    Plaintiffs

CASE NO. _____

JACOB PHILLIPS

and

PAYNE ELECTRIC CO., INC.
    Defendants

**SUMMONS**

THE STATE OF INDIANA TO:    Jacob Phillips
                                       1693 Zaring Mill Road
                                       Shelbyville, KY 40065

You have been sued by the Plaintiff in the Court stated above.

The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

It is suggested that you immediately consult an attorney of your choice regarding this matter.

The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: ___1/11/2022___, 2022

_____
CLERK, CLARK COUNTY

# IN THE CLARK CIRCUIT COURT NO. __
## STATE OF INDIANA

ROSEMARY MEREJKA

and

DANITA HENDERSON
    Plaintiffs

                        CASE NO. _____

JACOB PHILLIPS

and

PAYNE ELECTRIC CO., INC.
    Defendants

## SUMMONS

THE STATE OF INDIANA TO:     Payne Electric Co., Inc.
                                   C/O Bernard L. Kissel
                                   5802 Fern Valley Road
                                   Louisville, KY 40228

      You have been sued by the Plaintiff in the Court stated above.

      The nature of the suit against you is stated in the complaint, which is attached to this summons.  It also states the demand, which the Plaintiff has made against you.

      You or your attorney must answer the petition in writing and your written answer must be filed with the Court within twenty (20) days after you receive this summons or within twenty-three (23) days if you received this summons by mail, or a judgment will be entered against you for what the Plaintiff has demanded in the attached petition.

      If you deny the demand, or if you have a claim against the Plaintiff, you must assert it in your written answer.

      It is suggested that you immediately consult an attorney of your choice regarding this matter.

      The following manner of service of summons is hereby designated:

CERTIFIED MAIL

Dated: __1/11/2022__ , 2022

CLERK, CLARK COUNTY



Filed: 2/14/2022 7:37 PM
Clerk
Clark County, Indiana

IN THE SUPERIOR COURT NO. 6
FOR CLARK COUNTY
STATE OF INDIANA
*Electronically Filed*

| | |
|---|---|
| ROSEMARY MEREJKA | ) |
| | ) |
| and | ) |
| | ) |
| DANITA HENDERSON, | ) |
| | ) |
| *Plaintiffs*, | ) |
| | ) |
| v. | ) |
| | ) |
| | ) |
| JACOB PHILLIPS | ) |
| | ) |
| and | ) |
| | ) |
| PAYNE ELECTRIC CO., INC., | ) |
| | ) |
| *Defendants.* | ) |

Case No. 10D06-2201-CT-000002

## **APPEARANCE OF COUNSEL**

**This Appearance Form must be filed on behalf of every party in a civil case.**

1. The party on whose behalf this form is being filed is:
   Initiating _____       Responding __X__       Intervening _____; and

   the undersigned attorney and all attorneys listed on this form now appear in this case for
   the following parties:

   Name of party: Jacob Phillips and Payne Electric Co., Inc.

   Address of party *(see Question # 6 below if this case involves a protection from abuse
   order, a workplace violence restraining order, or a no-contact order)*

   See below.

   *(List on a continuation page additional parties this attorney represents in this case.)*

2. Attorney information for service as required by Trial Rule 5(B)(2)

   Name: Edward M. O'Brien    Atty Number:  32092-39

   Address: Wilson Elser Moskowitz Edelman & Dicker, LLP

100 Mallard Creek Road, Suite 250

Louisville, KY  40207

Phone: 502.238.7851

FAX: 502.238.7995 (facsimile)

Email Address: edward.obrien@wilsonelser.com

*(List on continuation page additional attorneys appearing for above party)*

3.  This is a Civil case type as defined in administrative Rule 8(B)(3).

4.  I will accept service from other parties by:

FAX at the above noted number:  Yes _____ No __X__

Email at the above noted number:  Yes _____ No ___X_

*5.*  This case involves child support issues. Yes _____ No __X _  *(If yes, supply social security numbers for all family members on a separately attached document filed as confidential information on **light green paper**.  Use Form TCM-TR3.1-4.)*

6.  This case involves a protection from abuse order, a workplace violence restraining order, or a no – contact order.  Yes _____ No __X__  *(If Yes, the initiating party must provide an address for the purpose of legal service but that address should not be one that exposes the whereabouts of a petitioner.)*  The party shall use the following address for purposes of legal service:

_____      Attorney's address

_____      The Attorney General Confidentiality program address

(contact the Attorney General at 1-800-321-1907 or e-mail address is **confidential@atg.in.gov**).

_____      Another address (provide)

_____

7.  This case involves a petition for involuntary commitment.  Yes _____ No __X__

8.  If Yes above, provide the following regarding the individual subject to the petition for involuntary commitment:

a.  Name of the individual subject to the petition for involuntary commitment if it is not already provided in #1 above: _____

b.  State of Residence of person subject to petition: _____

c.  At least one of the following pieces of identifying information:
(i)   Date of Birth _____

2

    (ii)  Driver's License Number _____

        State where issued _____ Expiration date _____

    (iii) State ID number _____

        State where issued _____ Expiration date _____

    (iv)  FBI number _____

    (v)  Indiana Department of Corrections Number _____

    (vi)  Social Security Number is available and is being provided in an attached confidential document Yes _____ No _____

9.  There are related cases: Yes _____ No ___X_ *(If yes, list on continuation page.)*

10. Additional information required by local rule:

    _____

11. There are other party members: Yes _____ No_X___ *(If yes, list on continuation page.)*

12. This form has been served on all other parties and Certificate of Service is attached: Yes__X_ No____

    **DATED: February 4, 2022.**

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Edward M. O'Brien*
Edward M. O'Brien, Attorney # 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 – fax
edward.obrien@wilsonelser.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on February 4, 2022, with the Clark Superior Court using the Indiana Electronic Filing System ("IEFS"), which will send notice of filing to all counsel of record in this case.

*/s/ Edward M. O'Brien*
*Counsel for Defendants*

4

IN THE SUPERIOR COURT NO. 6
FOR CLARK COUNTY
STATE OF INDIANA
*Electronically Filed*

| | | |
|---|---|---|
| ROSEMARY MEREJKA | ) | |
| | ) | |
| and | ) | |
| | ) | |
| DANITA HENDERSON, | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | Case No. 10D06-2201-CT-000002 |
| | ) | |
| | ) | |
| JACOB PHILLIPS | ) | |
| | ) | |
| and | ) | |
| | ) | |
| PAYNE ELECTRIC CO., INC., | ) | |
| | ) | |
| *Defendants*. | ) | |

**ANSWER OF DEFENDANT JACOB PHILLIPS TO PLAINTIFFS' COMPLAINT**

Defendant Jacob Phillips, by and through his undersigned counsel, for his Answer to Plaintiffs' Complaint states as follows:

**FIRST DEFENSE**

1.      Any and all allegations not specifically and expressly admitted are intended to be and deemed denied.

2.      Phillips is without information or knowledge sufficient to form a belief as to the truth of the allegations contained in Paragraphs 1 and 2 of the Complaint regarding Plaintiffs' citizenship and, therefore, neither admits nor denies the same.

3.      Phillips admits the allegations contained in Paragraph 3 of the Complaint.

4.      In response to the allegations contained in Paragraph 4 of the Complaint, Phillips admits that the events described in the Complaint occurred in Clark County, Indiana. The remaining allegations concerning venue are legal conclusions to which no response is required.

5.      The allegations contained in Paragraph 5 of the Complaint do not generally relate to Phillips and, therefore, no response is required by Phillips. Phillips admits that Defendant Payne Electric Co., Inc., is his employer.

6.      Phillips denies the allegations contained in Paragraphs 6, 7, and 8 of the Complaint, except that he admits he was involved in a motor vehicle accident on or about December 8, 2021, in Clark County, Indiana. Phillips expressly denies any allegations of negligence or wrongdoing with respect to the subject motor vehicle accident.

7.      The allegations contained in Paragraph 9 of the Complaint are not directed at Phillips and, therefore, no response is required by Phillips. To the extent any response is required, Phillips is without information or knowledge sufficient to form a belief as to the truth of these allegations and, therefore, neither admits nor denies the same.

8.      The allegations contained in Paragraph 10 of the Complaint are not directed at Phillips and, therefore, no response is required by Phillips. These allegations also constitute legal conclusions to which no response is required.

9.      The allegations contained in Paragraphs 11 and 12 of the Complaint are not directed at Phillips and, therefore, no response is required by Phillips. These allegations also constitute legal conclusions to which no response is required.

10.      The remainder of Plaintiffs' Complaint sets forth a prayer for legal relief to which no response is required. To the extent any response is required, Phillips denies Plaintiffs are entitled to the relief requested and denies all liability in this matter.

## SECOND DEFENSE

11.     Plaintiffs' Complaint fails, in whole or in part, to state a claim against Phillips upon which relief may be granted.

## THIRD DEFENSE

12.     Plaintiffs have failed, in whole or in part, to mitigate their damages.

## FOURTH DEFENSE

13.     Plaintiffs are chargeable with fault for the incident in question and Plaintiffs' contributory fault is greater than any fault of all other persons whose fault may have proximately contributed to Plaintiffs' alleged damages. Accordingly, Plaintiffs are barred from recovery under Indiana Code § 34-51-3-6.

## FIFTH DEFENSE

14.     Plaintiffs are chargeable with fault for the incident in question and any award for damages should, therefore, be diminished proportionately to Plaintiffs' share of fault under Indiana Code § 34-51-2-5.

## SIXTH DEFENSE

15.     Plaintiffs' alleged injuries and damages were not caused by Phillips and/or Payne Electric Co., but by other persons or entities or by intervening and/or superseding acts of others.

## SEVENTH DEFENSE

16.     Phillips herein identifies non-parties that that it may be able to later specifically identify through its ongoing investigation and discovery. Indiana Code § 34-51-2-16.

## EIGHTH DEFENSE

17.     Plaintiffs cannot prove facts showing that the conduct of Phillips was the proximate cause of any injuries or damages as alleged in the Complaint.

266008739v.1

## NINTH DEFENSE

18.     The costs incurred, or paid by Plaintiffs, if any, for medical care, custodial care or rehabilitation services, loss of earning or other economic loss, in the past or future, were or will, with reasonable certainty be replaced or indemnified, in whole or in part, from one or more collateral sources, and as such Phillips is entitled to have any award reduced in the amount of such payments pursuant to *Stanley v. Walker*, 906 N.E.2d 852 (Ind. 2009).

## TENTH DEFENSE

19.     Phillips was confronted with a sudden emergency not of his own making and acted reasonably under the circumstances.

## ELEVENTH DEFENSE

20.     Plaintiffs have failed to plead special damages with particularity, as required by Indiana Trial Rule 9(G).

## TWELFTH DEFENSE

21.     Plaintiffs' claims are barred by the doctrine of unclean hands, given the potential negligence of Plaintiffs in causing or contributing to the claimed damages.

## THIRTEENTH DEFENSE

22.     Plaintiffs have been compensated in whole or in part for the damages that are the subject of the Complaint and, therefore, their claims have been satisfied either in whole or in part.

## RESERVATION

23.     Phillips reserves the right to raise additional affirmative defenses and to assert counterclaims, crossclaims, and third-party claims in the future as discovery progresses.

4

266008739v.1

**WHEREFORE**, for the foregoing reasons, Defendant Jacob Phillips requests the following relief:

1.      Dismissal of Plaintiffs' claims, with prejudice;

2.      His costs herein expended, including a reasonable attorney's fee;

3.      Trial by jury; and

4.      Any and all other relief to which he may reasonably appear to be entitled.

**DATED: February 4, 2022.**

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Edward M. O'Brien*
Edward M. O'Brien, Attorney # 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 – fax
edward.obrien@wilsonelser.com
*Counsel for Defendants*


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on February 4, 2022, with the Clark Superior Court using the Indiana Electronic Filing System ("IEFS"), which will send notice of filing to all counsel of record in this case.

*/s/ Edward M. O'Brien*
*Counsel for Defendants*

5

266008739v.1

IN THE SUPERIOR COURT NO. 6
FOR CLARK COUNTY
STATE OF INDIANA
*Electronically Filed*

ROSEMARY MEREJKA                    )
                                    )
and                                 )
                                    )
DANITA HENDERSON,                   )
                                    )
                    *Plaintiffs*,   )
                                    )
v.                                  )        Case No. 10D06-2201-CT-000002
                                    )
                                    )
JACOB PHILLIPS                      )
                                    )
and                                 )
                                    )
PAYNE ELECTRIC CO., INC.,           )
                                    )
                    *Defendants.*   )

## ANSWER OF DEFENDANT PAYNE ELECTRIC CO., INC., TO PLAINTIFFS' COMPLAINT

Defendant Payne Electric Co., Inc. ("Payne Electric"), by and through its undersigned

counsel, for his Answer to Plaintiffs' Complaint states as follows:

### FIRST DEFENSE

1.      Any and all allegations not specifically and expressly admitted are intended to be

and deemed denied.

2.      Payne Electric is without information or knowledge sufficient to form a belief as to

the truth of the allegations contained in Paragraphs 1 and 2 of the Complaint regarding Plaintiffs'

citizenship and, therefore, neither admits nor denies the same.

3.      Upon information and belief, Payne Electric admits the allegations contained in

Paragraph 3 of the Complaint.

4.      In response to the allegations contained in Paragraph 4 of the Complaint, Payne Electric admits that the events described in the Complaint occurred in Clark County, Indiana. The remaining allegations concerning venue are legal conclusions to which no response is required.

5.      Payne Electric admits the allegations contained in Paragraph 5 of the Complaint.

6.      Payne Electric denies the allegations contained in Paragraphs 6, 7, and 8 of the Complaint, except that it admits Jacob Phillips was involved in a motor vehicle accident on or about December 8, 2021, in Clark County, Indiana. Payne Electric expressly denies any allegations of negligence or wrongdoing by Payne Electric or Phillips with respect to the subject motor vehicle accident.

7.      Payne Electric admits the allegations contained in Paragraph 9 of the Complaint.

8.      The allegations contained in Paragraph 10 of the Complaint set forth legal conclusions to which no response is required. To the extent any response is required, Payne Electric admits that Jacob Phillips was its employee, but denies as stated the remaining allegations contained in this Paragraph.

9.      Payne Electronic denies the allegations contained in Paragraphs 11 and 12 of the Complaint.

10.     The remainder of Plaintiffs' Complaint sets forth a prayer for legal relief to which no response is required. To the extent any response is required, Payne Electric denies Plaintiffs are entitled to the relief requested and denies all liability in this matter.

## SECOND DEFENSE

11.     Plaintiffs' Complaint fails, in whole or in part, to state a claim against Payne Electric upon which relief may be granted.

2

266128757v.1

**THIRD DEFENSE**

12.     Plaintiffs have failed, in whole or in part, to mitigate their damages.

**FOURTH DEFENSE**

13.     Plaintiffs are chargeable with fault for the incident in question and Plaintiffs'

contributory fault is greater than any fault of all other persons whose fault may have proximately

contributed to Plaintiffs' alleged damages. Accordingly, Plaintiffs are barred from recovery under

Indiana Code § 34-51-3-6.

**FIFTH DEFENSE**

14.     Plaintiffs are chargeable with fault for the incident in question and any award for

damages should, therefore, be diminished proportionately to Plaintiffs' share of fault under Indiana

Code § 34-51-2-5.

**SIXTH DEFENSE**

15.     Plaintiffs' alleged injuries and damages were not caused by Phillips and/or Payne

Electric Co., but by other persons or entities or by intervening and/or superseding acts of others.

**SEVENTH DEFENSE**

16.     Payne Electric herein identifies non-parties that that it may be able to later

specifically identify through its ongoing investigation and discovery. Indiana Code § 34-51-2-16.

**EIGHTH DEFENSE**

17.     Plaintiffs cannot prove facts showing that the conduct of Payne Electric was the

proximate cause of any injuries or damages as alleged in the Complaint.

**NINTH DEFENSE**

18.     The costs incurred, or paid by Plaintiffs, if any, for medical care, custodial care or

rehabilitation services, loss of earning or other economic loss, in the past or future, were or will,

3

with reasonable certainty be replaced or indemnified, in whole or in part, from one or more collateral sources, and as such Phillips is entitled to have any award reduced in the amount of such payments pursuant to *Stanley v. Walker*, 906 N.E.2d 852 (Ind. 2009).

<strong><u>TENTH DEFENSE</u></strong>

19.     Phillips was confronted with a sudden emergency not of his own making and acted reasonably under the circumstances.

<strong><u>ELEVENTH DEFENSE</u></strong>

20.     Plaintiffs have failed to plead special damages with particularity, as required by Indiana Trial Rule 9(G).

<strong><u>TWELFTH DEFENSE</u></strong>

21.     Plaintiffs' claims are barred by the doctrine of unclean hands, given the potential negligence of Plaintiffs in causing or contributing to the claimed damages.

<strong><u>THIRTEENTH DEFENSE</u></strong>

22.     Plaintiffs have been compensated in whole or in part for the damages that are the subject of the Complaint and, therefore, their claims have been satisfied either in whole or in part.

<strong><u>RESERVATION</u></strong>

23.     Payne Electric reserves the right to raise additional affirmative defenses and to assert counterclaims, crossclaims, and third-party claims in the future as discovery progresses.

**WHEREFORE**, for the foregoing reasons, Defendant Payne Electric Co., Inc., requests the following relief:

1.     Dismissal of Plaintiffs' claims, with prejudice;

2.     Its costs herein expended, including a reasonable attorney's fee;

3.     Trial by jury; and

4

4.      Any and all other relief to which it may reasonably appear to be entitled.

**DATED: February 4, 2022.**

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER, LLP**

*/s/ Edward M. O'Brien*
Edward M. O'Brien, Attorney # 32092-39
100 Mallard Creek Road, Suite 250
Louisville, KY 40207
502.238.8500
502.238.7995 – fax
edward.obrien@wilsonelser.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was filed on February 4, 2022, with the Clark Superior Court using the Indiana Electronic Filing System ("IEFS"), which will send notice of filing to all counsel of record in this case.

*/s/ Edward M. O'Brien*
*Counsel for Defendants*

5

## IN THE CLARK SUPERIOR COURT NO. 6
## STATE OF INDIANA

ROSEMARY MEREJKA

and

DANITA HENDERSON
    Plaintiffs

CASE NO. 10D06-2201-CT-000002

JACOB PHILLIPS

and

PAYNE ELECTRIC CO., INC.
    Defendants

## PLAINTIFF'S NOTICE OF SERVICE

    Comes now the Plaintiffs, Rosemary Merejka and Danita Henderson, by counsel, hereby give notice of service of Plaintiff's First Set of Interrogatories to Defendants that were served on the 8th Day of February, 2022.

                                  Respectfully submitted,

                                  */s/ John L. Smith*

                                _____

                                  JOHN L. SMITH
                                  Morgan & Morgan, Kentucky PLLC
                                  426 Bank Street Suite 300
                                  New Albany, IN 47150
                                  Phone: 812-850-6850
                                  Email: johnsmith@forthepeople.com

## CERTIFICATE OF SERVICE

    I certify that on this 8th day of February, 2022 I served a copy of the foregoing on the following via electronic mail:

Wilson Elser Moskowitz Edelman & Dicker
Edward O'Brien
100 Mallard Creek Road Suite 250
Louisville, KY 40207

*/s/ John L. Smith*

_____

JOHN L. SMITH

STATE OF INDIANA   )
                   ) SS:
COUNTY OF CLARK    )

ROSEMARY MEREJKA
And
DANITA HENDERSON
Plaintiffs

      VS.

JACOB PHILLIPS
And PAYNE ELECTRIC CO., INC.
Defendants

IN THE CLARK SUPERIOR COURT

CAUSE NO.  10D06-2201-CT-000002



**RESPONSE TO OF NON-PARTY FOR
PRODUCTION OF VIDEO FOOTAGE**

    Comes the undersigned, Mark Moody, states that he is an owner and manager of the

Moby Dick Restaurant located at 1700 East 10th Street, Jeffersonville, IN 47130.  In response to

Defendants' Request, Mr. Moody states that Moby Dick does not have any video footage that

"captured the motor vehicle accident that occurred at the intersection of East 10th Street, Plank

Road and Springdale Drive, Jeffersonville, IN on December 8, 2021 ".

    A copy of this Response is being sent to the attorneys whose names appear on

Defendants' Certificate of Service.

                             MARK MOODY

**CERTIFICATE OF SERVICE**

    This is to certify that a true copy hereof was placed postage-paid in the U.S. Mail this
February _11_, 2022, to:  Edward O'Brien, Wilson Elser Moskowitz Edelman & Dicker, LLP,
100 Mallard Creek Rd., Suite 250, Louisville, KY  40207, Counsel for Defendants; and John L.
Smith, Morgan & Morgan, 426 Bank St., Suite 300, New Albany, IN  47150, Counsel for
Plaintiff.

                             MARK MOODY

**IN THE CLARK SUPERIOR COURT NO. 6**
**STATE OF INDIANA**

ROSEMARY MEREJKA

and

DANITA HENDERSON
    Plaintiffs

CASE NO. 10D06-2201-CT-000002

JACOB PHILLIPS

and

PAYNE ELECTRIC CO., INC.
    Defendants

<u>**PLAINTIFFS' NOTICE OF SERVICE**</u>

    Comes now the Plaintiffs, Rosemary Merejka and Danita Henderson, by counsel, hereby give notice of service of Plaintiffs' Response to Requests for Admission that were served on the 16th Day of February, 2022.

               Respectfully submitted,

               */s/ John L. Smith*

               _____
               JOHN L. SMITH
               Morgan & Morgan, Kentucky PLLC
               426 Bank Street Suite 300
               New Albany, IN 47150
               Phone: 812-850-6850
               Email: johnsmith@forthepeople.com

<u>**CERTIFICATE OF SERVICE**</u>

    I certify that on this 16th day of February, 2022 I served a copy of the foregoing on the following via electronic mail:

Wilson Elser Moskowitz Edelman & Dicker
Edward O'Brien
100 Mallard Creek Road Suite 250
Louisville, KY 40207

*/s/ John L. Smith*

_____

JOHN L. SMITH